# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES ANTHONY WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> BRUCE C. GAGE, *et al.*, <br><br> Defendants. | Case No. C18-0218-JCC <br><br> ORDER |

The Court, having reviewed the record, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, does hereby ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) Defendants' motion to dismiss under Federal Rule of Civil Procedure 8 or for a more definite statement (Dkt. No. 41) is DENIED;

(3) Defendants shall file an answer or responsive motion within 30 days of the date of this order; and

(4) The Clerk is DIRECTED to send copies of this order to the parties and Judge Theiler.

//

//

//

//

ORDER
C18-0218-JCC
PAGE - 1

DATED this 24th day of September 2018.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE