UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ANTHONY WILLIAMS,

    Plaintiff,

v.

BRUCE C. GAGE, *et al.*,

    Defendants.

Case No. C18-0218-JCC

ORDER

The Court, having reviewed the record, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, does hereby ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) Plaintiff's motion requesting injunctive relief (Dkt. No. 62) is DENIED; and

(3) The Clerk is DIRECTED to send copies of this order to the parties and Judge Theiler.

DATED this 26th day of March 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0218-JCC
PAGE - 1