UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ANTHONY WILLIAMS,

           Plaintiff,

v.

BRUCE C GAGE, et al.,

           Defendants.

Case No. C18-0218-JCC-MAT

ORDER DENYING AS MOOT MOTION TO SEND PLAINTIFF A COPY OF DOCUMENT AND SEND DEFENDANTS DISCOVERY

      This is a 42 U.S.C. § 1983 prisoner civil rights action. Plaintiff moves the Court to provide him with a copy of Docket No. 66 and to send a copy of his discovery request to counsel for defendants. (Dkt. 67.) Counsel for defendants subsequently mailed plaintiff a one-time courtesy copy of Docket No. 66 and has indicated, "Under these circumstances, Defendants will accept the discovery requests attached to Plaintiff's motion as if properly served on March 22, 2019. However, Defendants expect that any future discovery requests be served upon Defendants consistent with the Federal Rules of Civil Procedure." (Dkt. 69 at 2.)

\\

\\

ORDER DENYING AS MOOT MOTION
TO SEND PLAINTIFF A COPY OF
DOCUMENT AND SEND DEFENDANTS
DISCOVERY - 1

1       Based on the representations of defendants' counsel, plaintiff's motion (Dkt. 67) is

2 DENIED as moot. The Clerk is directed to send copies of this order to the parties and to the

3 Honorable John C. Coughenour.

4       Dated this 9th day of May, 2019.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING AS MOOT MOTION
TO SEND PLAINTIFF A COPY OF
DOCUMENT AND SEND DEFENDANTS
DISCOVERY - 2