THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ANTHONY WILLIAMS, | CASE NO. C18-0218-JCC |
| Plaintiff, | ORDER |
| v. | |
| BRUCE C GAGE, | |
| Defendant. | |

This matter comes before the Court on the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 107). Having thoroughly considered the report and recommendation and the relevant record, the Court hereby finds and ORDERS that:

1. The report and recommendation (Dkt. No. 107) is ADOPTED and APPROVED;
2. For the reasons explained in the Report and Recommendation, Plaintiff's motions (Dkt. Nos. 76, 77, 89, 91, 93, 99) are DENIED;
3. Plaintiff must follow the proper channels within the Washington State Department of Corrections ("DOC") to access his legal property. Defendants are encouraged to ensure Plaintiff knows how he can obtain permission to inventory his legal property so he can properly request access to his documents;
4. If Plaintiff believes he is being wrongly denied supplies and materials to which he

1. is entitled, he should follow official DOC channels to resolve these issues;
5. The Court expects both the Monroe Correctional Center Special Offenders Unit ("MCC-SOU") and Plaintiff to adhere to establish procedures regarding e-filing. If Plaintiff follows the proper procedures, the law librarian should e-file his documents. Plaintiff has received 10 notices from the Court regarding his noncompliance with the prisoner e-filing initiative. Plaintiff is directed to follow the proper procedures to e-file his submissions to the Court. If Plaintiff continues to send his submissions to the Court via U.S. mail, he must include a declaration and supporting evidence explaining the efforts he took to e-file his documents and why he was unable to file properly; and
6. The Clerk is directed to send copies of this order to the parties and to Judge Theiler.

DATED this 2nd day of March 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE