UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ANTHONY WILLIAMS,

                    Plaintiff,

      v.

BRUCE C GAGE, et al.,

                    Defendants.

Case No. C18-0218-JCC-MAT

ORDER GRANTING MOTION TO CLARIFY

This is a 42 U.S.C. § 1983 prisoner civil rights action.  Currently before the Court is plaintiff's motion to clarify the claims he raised in his complaint.  (Dkt. # 111.)  Specifically, he asks the Court whether he raised claims related to January 18, 2018, or whether his claims only addressed events occurring before that date.  The Court will GRANT motion. (Dkt. # 111.)

With respect to January 18, 2018, plaintiff alleges that early in the morning, he started feeling suicidal, so he filed an emergency grievance asking to be strapped down and staff strapped him down before he cut himself.  (Dkt. # 1-1 at 22.)  Plaintiff also describes being transferred from the infirmary to the intensive management unit against his wishes and that he began to cut himself within 45 minutes of his transfer, but he does not identify on which date this allegedly occurred. (*See id.* at 22-23.)

ORDER GRANTING MOTION TO
CLARIFY - 1

The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this <u>27th</u> day of May, 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING MOTION TO
CLARIFY - 2