THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ANTHONY WILLIAMS, | CASE NO. C18-0218-JCC |
| Plaintiff, | ORDER |
| v. | |
| BRUCE C. GAGE *et al.*, | |
| Defendants. | |

This matter comes before the Court on the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 114). Having thoroughly considered the report and recommendation and the relevant record, the Court hereby FINDS and ORDERS that:

1. The report and recommendation (Dkt. No. 114) is ADOPTED and APPROVED;
2. For the reasons explained in the report and recommendation, Plaintiff's motion (Dkt. No. 102) is DENIED; and
3. The Clerk is DIRECTED to send copies of this order to the parties and to Judge Theiler.

//

//

//

ORDER
C18-0218-JCC
PAGE - 1

1    DATED this 4th day of June 2020.

_____

John C. Coughenour
UNITED STATES DISTRICT JUDGE