THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ANTHONY WILLIAMS,<br><br>            Plaintiff,<br>    v.<br><br>BRUCE C. GAGE, *et al.*,<br><br>            Defendants. | CASE NO. C18-0218-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation (R&R) of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 168). Having thoroughly considered the R&R and the relevant record, and having received no objections to the R&R, the Court ORDERS that:

1. The Court ADOPTS the R&R (Dkt. No. 168).
2. The Court GRANTS Defendants' motion for summary judgment (Dkt. No. 122) and DISMISSES Plaintiff's complaint (Dkt. No. 11) without prejudice.
3. The Clerk is DIRECTED to send copies of this Order to Plaintiff and to Judge Theiler.

//
//
//

ORDER
C18-0218-JCC
PAGE - 1

DATED this 29th day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE